UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRIS SIEGLE,

                Plaintiff,

-vs-                                              Case No.  6:11-cv-89-Orl-18GJK

LTD FINANCIAL SERVICES, L.P.,

                Defendant.
_____

## ORDER

On May 16, 2011 the plaintiff filed a Notice of Dismissal With Prejudice (Doc. No. 11). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice.  Clerk of the Court is directed to CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida, this 23 day of May, 2011.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record